

FILED
NOV 21 2017
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KERRY LYNN VAN HAELE,<br><br>Defendant. | Case No. CR-13-04-BLG-SPW<br><br>ORDER ALLOWING FILING OF<br>DOCUMENT UNDER SEAL |

Upon Defendant's Motion to File Document Under Seal (Doc. 73), and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED. The Psychological Evaluation is filed under seal.

The Clerk of the Court is directed to notify counsel of the making of this Order.

DATED this 21st day of November, 2017.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE