

FILED

NOV 22 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KERRY LYNN VANHAELE,<br><br>Defendant. | CR 13-04-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, KERRY LYNN VANHAELE is hereby released from the custody of the U.S. Marshal Service.

DATED this 22ND day of November, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE